ROBERT EINHORN AND DINAH G. EINHORN, PLAINTIFFS-RE-
SPONDENTS, v. CERAN CORP., A NEW JERSEY
CORPORATION, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 3, 1982—Decided May 13, 1982.

Before Judges MICHELS, McELROY and J. H. COLEMAN.

*Louis Cohen* argued the cause for appellant (*Brigiani, Gelzer, Cohen & Schneider,* attorneys; *Louis Cohen* and *John P. Sade* on the brief).

*Michael J. Lunga* argued the cause for respondents (*Shanley & Fisher,* attorneys; *Michael J. Lunga* on the brief).

PER CURIAM.

The judgment of the Chancery Division is affirmed substantially for the reasons expressed by Judge Cohen in his written opinion reported in *Einhorn v. Ceran Corp.,* 177 *N.J.Super.* 442 (Ch.Div.1980).

Affirmed.